UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2020

Digilytic International FZE, *et al.*,

                Plaintiffs,

–v–

Alchemy Finance, Inc., *et al.*,

                Defendants.

20-cv-4650 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Initial Pretrial Conference currently scheduled for September 11, 2020, is hereby adjourned to October 23, 2020, at 3:15 p.m. The parties should submit a joint letter and a Proposed Civil Case Management Plan and Scheduling Order no later than seven days prior to the scheduled conference.

      SO ORDERED.

Dated: September 8, 2020
      New York, New York

                                                ALISON J. NATHAN
                                                United States District Judge