UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2020
```

Digilytic International FZE, *et al.*,

              Plaintiffs,

      –v–

Alchemy Finance, Inc., *et al.*,

              Defendants.

20-cv-4650 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The initial pretrial conference scheduled for November 6, 2020, is adjourned sine die.

      SO ORDERED.

Dated: November 6, 2020
       New York, New York

                                        ALISON J. NATHAN
                                United States District Judge