UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
DIGILYTIC INTERNATIONAL FZE, et al., :
:
                Plaintiffs. :     20-CV-4650 (AJN) (OTW)
:
              -against- :     **ORDER**
:
ALCHEMY FINANCE, INC., et al., :
:
              Defendants. :
:
:
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiffs and *pro se* Defendant Jahari Bell appeared for an initial pretrial conference on January 6, 2021. The remaining Defendants have not appeared in the action, and there is a pending motion for a default judgment against them. (ECF 40). Defendant Sheng-Wen Cheng is also a defendant in a criminal action brought by the United States Attorney's Office for the Southern District of New York. At the conference, Defendant Bell indicated that he sued his co-defendants, his former employer, on other grounds in state court.

As directed at the conference:

- Defendant Bell may file a dispositive motion by February 24, 2021; Plaintiffs may respond by March 17, 2021; and Defendant Bell may reply by March 31, 2021.

- Plaintiffs shall submit monthly status letters, starting February 5, 2021, that shall describe any related actions against Defendants, including any criminal or enforcement proceedings.

- Defendant Bell shall produce any responsive documents that he has already produced, or that were produced to him in the state action.

- Plaintiffs are directed to order a copy of the January 6 conference transcript and serve a copy on Defendant Bell.

**SO ORDERED.**

Dated: January 11, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge