UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Digilytic International FZE, *et al.*,

        Plaintiffs,

–v–

Alchemy Finance, Inc., *et al.*

        Defendants.

20-cv-4650 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 24, 2021, Defendant Jahril Tafari Bell filed a motion to dismiss. Pursuant to Rule 3.F. of this Court's Individual Practices in Civil Cases, on or before March 12, 2021, the Plaintiffs must notify the Court and their adversary in writing whether (1) they intends to file an amended pleading and when they will do so or (2) they will rely on the pleading being attacked. The Plaintiffs are on notice that declining to amend its pleadings to timely respond to a fully briefed argument in the Defendant's motion to dismiss may well constitute a waiver of the Plaintiffs' right to use the amendment process to cure any defects that have been made apparent by the Defendant's briefing. *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC.*, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility").

    If the Plaintiffs chooses to amend, the Defendant may then (a) file an answer; (b) file a new motion to dismiss; or (c) submit a letter stating that they rely on the initially-filed motion to dismiss.

    Nothing in this Order alters the time to amend, answer or move provided by the Federal Rules of Civil Procedure or Local Rules.

SO ORDERED.

Dated: March 4, 2021
      New York, New York

                                     ALISON J. NATHAN
                                     United States District Judge