**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
DIGILYTIC INTERNATIONAL FZE, et al.,            :
                                                                          :
                        Plaintiffs.                            :                    20-CV-4650 (AJN) (OTW)
                                                                          :
            -against-                                           :                    **ORDER**
                                                                          :
ALCHEMY FINANCE, INC., et al.,                     :
                                                                          :
                        Defendants.                        :
                                                                          :
                                                                          :
                                                                          :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This Court has reviewed Plaintiff's status letter dated July 9, 2021. (ECF 67). Plaintiff is

directed to address in their next status letter whether, and to what extent, Plaintiff may recover

restitution in the Southern District of New York criminal case against Defendant Shen-Wen

Cheng in *United States v. Cheng* (21-cr-00261-AJN). *See* 18 U.S.C. 3663(a). *See also United*

*States v. Dupre*, No. 04 CR 267 DLC, 2007 WL 1589451 (S.D.N.Y. June 4, 2007), *aff'd,* 296 F.

App'x 113 (2d Cir. 2008) ("Congress broadened the scope of restitution from losses attributable

solely to the offense of conviction to all losses caused in the course of a defendant's criminal

conduct, *whether the defendant is convicted of each of those offenses or not.*" (quoting *United*

*States v. Boyd*, 222 F.3d 47, 50 (2d Cir. 2000))).


            **SO ORDERED.**



                                                                    _s/ Ona T. Wang_
Dated: July 15, 2021                                 **Ona T. Wang**
            New York, New York                     United States Magistrate Judge