USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/152 14243

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Digilytic International FZE, *et al.*,

        Plaintiffs,

–v–

Alchemy Finance, Inc., *et al.*,

        Defendants.

20-cv-4650 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 24, 2021, Defendant Jahril Tafari Bell filed a motion to dismiss (Dkt. No. 52).  The Plaintiffs subsequently amended their complaint, and Bell filed a new motion to dismiss on May 18, 2021.  The Court administratively DENIES the earlier motion to dismiss because it is moot now that the Plaintiffs have amended their complaint.  Bell's May 18, 2021 motion to dismiss remains pending.

    This resolves Dkt. No. 52.

SO ORDERED.

Dated: July 30, 2021
      New York, New York

                                       ALISON J. NATHAN
                                      United States District Judge