UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIGILYTIC INTERNATIONAL FZE *and*
RISHAN BHAGOWAT,

                              Plaintiffs,

            - *against* –

ALCHEMY FINANCE, INC., ALCHEMY
COMPANY, LIMITED, ALCHEMY COIN
TECHNOLOGY, LIMITED, ALCHEMYZE
CAPITAL, LLC, SHENG-WEN CHENG,
JAHRIL TAFARI BELL, *and* DOES 1-20,
                              Defendants.

**ORDER**

20-CV-4650 (ER)

Ramos, D.J.:

        On March 29, 2022 this Court issued its Opinion granting in part and denying in part Defendant Bell's Motion to Dismiss.  *See* Doc. 72.  Most recently, on November 14, 2022, Defendant Sheng-Wen Cheng wrote to the Court to notify his intention to "continue to defend all of the claims made in this current civil case."  *See* Doc. 73.

        Plaintiff is hereby directed to submit a letter addressing the status of this case by November 23, 2022.

        SO ORDERED.

Dated:     November 16, 2022
           New York, New York

                                                    _____
                                                    Edgardo Ramos, U.S.D.J.